# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-00290-WJM                                                         **RESTRICTED CASE**

UNITED STATES OF AMERICA, ex. rel.,
DAMIEN SCHWARTZ,

      Plaintiff,

      v.

KINDRED HEALTHCARE, INC.,
KINDRED HEALTHCARE OPERATING, INC., and
TRANSITIONAL HOSPITALS CORPORATION OF LOUISIANA, INC.,

      Defendants.

---

## UNITED STATES' NOTICE OF ELECTION
## TO DECLINE INTERVENTION IN QUI TAM ACTION

---

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States hereby notifies the Court of its decision not to intervene in this action.

Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the action "may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* Therefore, the United States requests that, should the relator propose that this action be voluntarily dismissed, this Court solicit the written consent of the United States before ruling or granting its approval. *See United States ex rel. Little v. Triumph Gear Sys., Inc.*, 870 F.3d 1242, 1250 (10th Cir. 2017) ("3730(b)(1) only prohibits an FCA relator from voluntarily dismissing his complaint without consent").

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States. The United States also requests that orders issued by the Court be sent to the Government's counsel. The United States reserves its rights under 31 U.S.C. § 3730 to order any deposition transcripts, to intervene in this action for good cause at a later date, and to seek the dismissal of the relator's action or claim. The United States also requests that it be served with all notices of appeal.

A proposed order is attached to this notice.

Respectfully submitted this 18th day of July, 2019.

JASON R. DUNN
United States Attorney
District of Colorado

*s/ Katherine A. Ross*
KATHERINE A. ROSS
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
E-mail: katherine.ross@usdoj.gov