**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-0290-WJM  **RESTRICTED CASE**

UNITED STATES OF AMERICA, *ex. rel.,*
DAMIEN SCHWARTZ,

      Plaintiff,

      v.

KINDRED HEALTHCARE, INC.;
KINDRED HEALTHCARE OPERATING, INC.; and
TRANSITIONAL HOSPITALS CORPORATION OF LOUISIANA, INC.,

      Defendants.

**ORDER**

The Court having reviewed the United States' Motion to Unrestrict Case and Maintain Level 2 Restriction of Certain Filings in the above-captioned *qui tam* case, and finding good cause therefore, hereby:

ORDERS that the Clerk of the Court is directed to unrestrict this case;

ORDERS that ECF Nos. 14, 17, 19, 21, 23, and 25 shall remain at a "Level 2" restriction;

ORDERS that all other filings in the case (except for ECF Nos. 14, 17, 19, 21, 23, and 25) shall be unrestricted and publicly accessible.

Dated this 23rd day of July, 2019.

BY THE COURT:

_____
William J. Martinez
United States District Judge